# UNITED STATES DISTRICT COURT
### for the
### Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Artin Thomas and<br><br>Javon Jones<br><br>*Defendant(s)* | Case No. 22-CR-1025 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 6, 2022__ in the county of __Dubuque__ in the __Northern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statement Intended or Likely to Deceive a Firearms Dealer (Thomas) |
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Felon (Jones) |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Nicholas G. Schlosser, ATF Task Force Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: July 8, 2022

*Judge's signature*

Northern District of Iowa

MARK A. ROBERTS, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Nicholas G. Schlosser, being duly sworn, depose and state that:

1. I am a police officer with the Dubuque Police Department ("DPD") and have been since August 25, 2004. Currently, I work in the Criminal Investigations Division. I am also a Task Force Officer ("TFO") for the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and haven been since February 2017. Before working with DPD, I was an officer with the Maquoketa Police Department. I graduated from the Iowa Law Enforcement Academy and Buena Vista University.

2. ATF conducts investigations involving crimes against the United States, including crimes involving the violation of federal firearm laws. My duties include investigating violations of those laws.

3. The information contained in this affidavit includes information gathered by me, as well as other officers. The information contained in the affidavit is drawn from information by other law enforcement officials and government agencies, my own experience and training, the experiences or other agents, and the review of documents. Where statements of others are set forth in this affidavit, they are set forth in substance and not verbatim.

4. This affidavit is submitted for the purpose of establishing probable cause in support of an application to arrest ARTIN THOMAS for the crime of false statement intended or likely to deceive a firearms dealer, in violation of Title 18, United States Code, Section 922(a)(6), and JAVON JONES for

possession of a firearm by a felon, in violation of Title 18, United States Code, Section 922(g)(1).

5. This affidavit contains only a summary of certain facts. I have not included every fact known to me or other investigators concerning the individuals and events described in the affidavit.

## Probable Cause

6. On June 15, 2020, THOMAS applied for an Iowa Permit to Carry Weapons through the Dubuque County Sheriff's Office. In his application, THOMAS listed his address as XXXX Central Ave., Dubuque, Iowa 52001.

7. On January 3, 2022, THOMAS was a suspect in a harassment case and during this investigation he told police that he is currently a resident of Chicago, Illinois.

8. Between January 3, 2022, and June 15, 2022, THOMAS purchased 11 firearms in Dubuque, Iowa. For each of these purchases THOMAS completed a Firearms Transaction Record form and provided his address as the address on Central Ave. A review of City of Dubuque traffic cameras shows that during all of these purchases, JONES is the driver, and THOMAS is the passenger in a silver 2011 Chevy Equinox, with Illinois plates.

9. On June 16, 2022, I made contact with multiple sources and verified that THOMAS has not lived at the Central address since before January 2022.

10. On June 27, 2022, THOMAS purchased three more firearms in one transaction at a store in Dubuque. A review of City of Dubuque traffic

2

cameras shows that during this purchase, JONES is the driver, and THOMAS is the passenger in the previously identified silver 2011 Chevy Equinox.

11. On July 6, 2022, THOMAS purchased a Glock G19, semi-automatic 9mm pistol, serial number BWZA006 and a Glock G20, semi-automatic 10mm pistol, serial number BWMS965, from Tri-State Outdoors. On the Firearms Transaction Record forms, he completed to purchase these firearms, THOMAS provided the address on Central Ave., Dubuque, Iowa 52001.

12. Additionally, on July 6, 2022, THOMAS purchased a Glock 26, semiautomatic 9mm pistol, serial number BUZK927, and a Glock 17, semi-automatic 9mm pistol, serial number BTMR875, from Tony's Pawn. On the Firearms Transaction Record forms, THOMAS provided the address on Central Ave., Dubuque Iowa 52001. A review of City of Dubuque traffic cameras shows that on July 6, 2022, THOMAS and JONES enter Dubuque from East Dubuque, Illinois, in the previously identified silver Chevy Equinox. THOMAS and JONES went straight to Tri-State Outdoors and purchased firearms. THOMAS and JONES proceeded straight to Tony's Pawn and purchased more firearms then went back over to Illinois. The City of Dubuque traffic cameras also show JONES carrying out the firearms and placing them into the vehicle after both purchases.

13. Prior to July 6, 2022, THOMAS knowingly was not living at XXXX Central Ave., in Dubuque.

3

14. Prior to July 6, 2022, JONES was knowingly convicted of the following crimes that are punishable by imprisonment for a term exceeding one year: Aggravated Battery to Resisting a Peace Officer and Aggravated UUW(Unlawful Use of a Weapon) in a Vehicle, in the Illinois District for Cook County, Illinois, on or about October 30, 2014, in Cook County (Illinois) District Court, in case number **14CR-1994801,** Aggravated Battery to & Resisting a Peace Officer, in the Illinois District for Cook County Illinois, on or about June 25, 2018, in Cook County (Illinois) District Court, in case number **18CR-1038901,** and Felon in Possession of a Firearm, in the Illinois District for Cook County, Illinois, on or about May 28, 2019, in Cook County (Illinois) District Court, in case number **19CR-0869201.**

### Conclusion

15. Based on the forgoing, my knowledge, training and experience, I respectfully submit there is probable cause to believe THOMAS has violated Title 18, United States Code, Section 922(a)(6) and JONES has violated Title 18, United States Code, Section 922(g)(1).

Dated this 6 day of July, 2022.

Nicholas G. Schlosser
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

4

Subscribed and sworn to by telephonic or other reliable electronic means on this ___8th___ day of July, 2022.

_____
MARK A. ROBERTS
United States Magistrate Judge
Northern District of Iowa