IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 22-CR-1025 |
| Plaintiff, | ) ) ) | **INDICTMENT** |
| vs. | ) ) | Counts 1, 3, 5, 7, 8, 10, 12, 14, 16, 17<br>18 U.S.C. § 924(a)(1)(A):<br>False Statement During Purchase of a Firearm<br>(THOMAS) |
| ARTIN THOMAS and<br>JAVON JONES, | ) ) ) ) | |
| Defendants. | ) ) ) ) | Counts 2, 4, 6, 9, 11, 15, 18<br>18 U.S.C. § 922(g)(1):<br>Possession of Firearms by a Felon<br>(JONES) |
| | ) ) ) ) ) ) ) | Count 13<br>18 U.S.C. § 922(a)(6):<br>False Statement During Purchase of Firearm<br>(THOMAS) |
| | ) ) | Forfeiture |

The Grand Jury charges:

## Count 1

### False Statement During Purchase of a Firearm

On or about May 26, 2022, in the Northern District of Iowa, defendant ARTIN THOMAS, in connection with his acquisition of firearms, specifically, two Glock 27 Gen5, semi-automatic 40 caliber pistols, knowingly made false statements and representations to FFL#1, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the

provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL#1, in that the defendant represented that he resided at residence on Central Avenue, Dubuque, Iowa 52001, when in fact defendant did not reside at that address.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count 2

## Possession of Firearms by a Felon

On or about May 26, 2022, in the Northern District of Iowa, defendant JAVON JONES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically, two Glock 27 Gen5, semi-automatic 40 caliber pistols, and the firearms were in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

1. Aggravated Battery/Peace Officer and Aggravated Unlawful Use of a Weapon/Vehicle/ Loaded/No FCCA in the Circuit Court for Cook County, Illinois, on or about April 7, 2015, in case number 14CR1994801;

2. Aggravated Battery/Peace Officer and Resist/Peace Officer/Corr/Firefighter/Injure in the Circuit Court for Cook County, Illinois, on or about March 22, 2019, in case number 18CR1038901; and

3. Felon in Possess/Use Firearm Prior in the Circuit Court for Cook County, Illinois, on or about June 1, 2021, in case number 19CR0869201.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 3

## False Statement During Purchase of a Firearm

On or about June 7, 2022, in the Northern District of Iowa, defendant ARTIN THOMAS, in connection with his acquisition of firearms, specifically, three Glock 19 Gen5, semi-automatic 9mm pistols, knowingly made false statements and representations to FFL#1, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL#1, in that the defendant represented that he resided at residence on Central Avenue, Dubuque, Iowa 52001, when in fact defendant did not reside at that address.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count 4

## Possession of Firearms by a Felon

On or about June 7, 2022, in the Northern District of Iowa, defendant JAVON JONES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically, three Glock 19 Gen5, semi-automatic 9mm pistols, and the firearms were in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

1. Aggravated Battery/Peace Officer and Aggravated Unlawful Use of a Weapon/Vehicle/ Loaded/No FCCA in the Circuit Court for Cook County, Illinois, on or about April 7, 2015, in case number 14CR1994801;

2. Aggravated Battery/Peace Officer and Resist/Peace Officer/Corr/Firefighter/Injure in the Circuit Court for Cook County, Illinois, on or about March 22, 2019, in case number 18CR1038901; and

3. Felon in Possess/Use Firearm Prior in the Circuit Court for Cook County, Illinois, on or about June 1, 2021, in case number 19CR0869201.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 5

### False Statement During Purchase of a Firearm

On or about June 13, 2022, in the Northern District of Iowa, defendant ARTIN THOMAS, in connection with his acquisition of firearms, specifically, a Glock 19 Gen5, semi-automatic 9mm pistol; two Glock 17 Gen5, semi-automatic 9mm pistols; and a Ruger LCPII, semi-automatic .22LR caliber pistol, knowingly made false statements and representations to FFL#2, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL#2, in that the defendant represented that he resided at residence on Central Avenue, Dubuque, Iowa 52001, when in fact defendant did not reside at that address.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count 6

### Possession of Firearms by a Felon

On or about June 13, 2022, in the Northern District of Iowa, defendant JAVON JONES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically, a Glock 19 Gen5, semi-automatic 9mm pistol; two Glock 17 Gen5, semi-automatic 9mm pistols; and a Ruger LCPII, semi-automatic .22LR caliber pistol, and the firearms were in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

1. Aggravated Battery/Peace Officer and Aggravated Unlawful Use of a Weapon/Vehicle/ Loaded/No FCCA in the Circuit Court for Cook County, Illinois, on or about April 7, 2015, in case number 14CR1994801;

2. Aggravated Battery/Peace Officer and Resist/Peace Officer/Corr/Firefighter/Injure in the Circuit Court for Cook County, Illinois, on or about March 22, 2019, in case number 18CR1038901; and

3. Felon in Possess/Use Firearm Prior in the Circuit Court for Cook County, Illinois, on or about June 1, 2021, in case number 19CR0869201.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 7

### False Statement During Purchase of a Firearm

On or about June 15, 2022, in the Northern District of Iowa, defendant ARTIN THOMAS, in connection with his acquisition of a firearm, specifically, a

5

Glock 42, semi-automatic .380 caliber pistol, knowingly made false statements and representations to FFL#1, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL#1, in that the defendant represented that he resided at residence on Central Avenue, Dubuque, Iowa 52001, when in fact defendant did not reside at that address.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count 8

**False Statement During Purchase of a Firearm**

On or about June 15, 2022, in the Northern District of Iowa, defendant ARTIN THOMAS, in connection with his acquisition of a firearm, specifically, a Smith & Wesson M&P15, semi-automatic 5.56 caliber pistol knowingly made false statements and representations to FFL#2, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL#2, in that the defendant represented that he resided at residence on Central Avenue, Dubuque, Iowa 52001, when in fact defendant did not reside at that address.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count 9

## Possession of Firearms by a Felon

On or about June 15, 2022, in the Northern District of Iowa, defendant JAVON JONES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically, a Glock 42, semi-automatic .380 caliber pistol, and a Smith & Wesson M&P15, semi-automatic 5.56 caliber pistol, and the firearms were in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

1. Aggravated Battery/Peace Officer and Aggravated Unlawful Use of a Weapon/Vehicle/ Loaded/No FCCA in the Circuit Court for Cook County, Illinois, on or about April 7, 2015, in case number 14CR1994801;

2. Aggravated Battery/Peace Officer and Resist/Peace Officer/Corr/Firefighter/Injure in the Circuit Court for Cook County, Illinois, on or about March 22, 2019, in case number 18CR1038901; and

3. Felon in Possess/Use Firearm Prior in the Circuit Court for Cook County, Illinois, on or about June 1, 2021, in case number 19CR0869201.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 10

## False Statement During Purchase of a Firearm

On or about June 27, 2022, in the Northern District of Iowa, defendant ARTIN THOMAS, in connection with his acquisition of firearms, specifically, a

Glock G19 Gen3, semi-automatic 9mm pistol; a Glock G17 Gen5, semi-automatic 9mm pistol; and a Glock G20, semi-automatic 10mm pistol knowingly made false statements and representations to FFL#2, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL#2, in that the defendant represented that he resided at residence on Central Avenue, Dubuque, Iowa 52001, when in fact defendant did not reside at that address.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count 11

### Possession of Firearms by a Felon

On or about June 27, 2022, in the Northern District of Iowa, defendant JAVON JONES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically, a Glock G19 Gen3, semi-automatic 9mm pistol; a Glock G17 Gen5, semi-automatic 9mm pistol; and a Glock G20, semi-automatic 10mm pistol, and the firearms were in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

1. Aggravated Battery/Peace Officer and Aggravated Unlawful Use of a Weapon/Vehicle/ Loaded/No FCCA in the Circuit Court for Cook County, Illinois, on or about April 7, 2015, in case number 14CR1994801;

2. Aggravated Battery/Peace Officer and Resist/Peace Officer/Corr/Firefighter/Injure in the Circuit Court for Cook County, Illinois, on or about March 22, 2019, in case number 18CR1038901; and

   3. Felon in Possess/Use Firearm Prior in the Circuit Court for Cook County, Illinois, on or about June 1, 2021, in case number 19CR0869201.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Count 12

## False Statement During Purchase of a Firearm

On or about July 6, 2022, in the Northern District of Iowa, defendant ARTIN THOMAS, in connection with his acquisition of a firearm, specifically, a Glock 26, semi-automatic 9mm pistol and a Glock 17, semi-automatic 9mm pistol, knowingly made false statements and representations to FFL#1, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL#1, in that the defendant represented that he resided at residence on Central Avenue, Dubuque, Iowa 52001, when in fact defendant did not reside at that address.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count 13

**False Statement During Purchase of a Firearm**

On or about the July 6, 2022, in the Northern District of Iowa, defendant, ARTIN THOMAS, in connection with the acquisition of firearms, specifically a Glock G19 Gen3, semi-automatic 9mm pistol, and a Glock G20, semi-automatic 10mm pistol, from FFL#2, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL#2, which statement was intended and likely to deceive FFL#2, as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under Chapter 44 of Title 18, United States Code in that the defendant represented the firearm he was purchasing were for himself, when in fact defendant purchased the firearms on behalf of another person.

This in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Count 14

**False Statement During Purchase of a Firearm**

On or about July 6, 2022, in the Northern District of Iowa, defendant ARTIN THOMAS, in connection with his acquisition of firearms, specifically, a Glock G19, semi-automatic 9mm pistol, and a Glock G20, semi-automatic 10mm pistol, knowingly made false statements and representations to FFL#2, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL#2, in that the defendant represented that he

resided at residence on Central Avenue, Dubuque, Iowa 52001, when in fact defendant did not reside at that address.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count 15

### Possession of Firearms by a Felon

On or about July 6, 2022, in the Northern District of Iowa, defendant JAVON JONES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically, a Glock 42, semi-automatic .380 caliber pistol a Glock 26, semiautomatic 9mm pistol; a Glock 17, semi-automatic 9mm pistol; a Glock G19, semi-automatic 9mm pistol; and a Glock G20, semi-automatic 10mm pistol, and the firearms were in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

1. Aggravated Battery/Peace Officer and Aggravated Unlawful Use of a Weapon/Vehicle/ Loaded/No FCCA in the Circuit Court for Cook County, Illinois, on or about April 7, 2015, in case number 14CR1994801;

2. Aggravated Battery/Peace Officer and Resist/Peace Officer/Corr/Firefighter/Injure in the Circuit Court for Cook County, Illinois, on or about March 22, 2019, in case number 18CR1038901; and

3. Felon in Possess/Use Firearm Prior in the Circuit Court for Cook County, Illinois, on or about June 1, 2021, in case number 19CR0869201.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Count 16

**False Statement During Purchase of a Firearm**

On or about July 8, 2022, in the Northern District of Iowa, defendant ARTIN THOMAS, in connection with his acquisition of firearms, specifically, a Glock 19 Gen3, semi-automatic 9mm pistol; and a Glock 41 Gen4, .45 caliber pistol, knowingly made false statements and representations to FFL#2, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL#2, in that the defendant represented that he resided at residence on Central Avenue, Dubuque, Iowa 52001, when in fact defendant did not reside at that address.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count 17

**False Statement During Purchase of a Firearm**

On or about July 8, 2022, in the Northern District of Iowa, defendant ARTIN THOMAS, in connection with his acquisition of firearms, specifically, a Glock 19 Gen5, semi-automatic 9mm pistol; and a Glock 17 Gen5, semi-automatic 9mm pistol, knowingly made false statements and representations to FFL#3, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United

States Code, to be kept in the records of FFL#3, in that the defendant represented that he resided at residence on Central Avenue, Dubuque, Iowa 52001, when in fact defendant did not reside at that address.

This was in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Count 18
### Possession of Firearms by a Felon

On or about July 8, 2022, in the Northern District of Iowa, defendant JAVON JONES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, specifically, a Glock G19 Gen3, semi-automatic 9mm pistol; a Glock 41 Gen4, .45 caliber pistol; a Glock G19 Gen5, semi-automatic 9mm pistol; and Glock 17 Gen5, semi-automatic 9mm pistol, and the firearms were in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

1. Aggravated Battery/Peace Officer and Aggravated Unlawful Use of a Weapon/Vehicle/ Loaded/No FCCA in the Circuit Court for Cook County, Illinois, on or about April 7, 2015, in case number 14CR1994801;

2. Aggravated Battery/Peace Officer and Resist/Peace Officer/Corr/Firefighter/Injure in the Circuit Court for Cook County, Illinois, on or about March 22, 2019, in case number 18CR1038901; and

3. Felon in Possess/Use Firearm Prior in the Circuit Court for Cook County, Illinois, on or about June 1, 2021, in case number 19CR0869201.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendants ARTIN THOMAS and JAVON JONES shall forfeit to the United States any firearms and ammunition involved in or used in the knowing violation of Title 18, United States Code, Sections 922(g)(1), 922(a)(6), and 924(a)(1)(A), including but not limited to the firearm listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/

Grand Jury Foreperson    Date 8/3/22

TIMOTHY T. DUAX
Acting United States Attorney

By: 

EMILY K. NYDLE
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 8/3/2022
PAUL DE YOUNG, CLERK